# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:  Robert Edward Richards                     Case No:     08-32596
       Judith Tabscott Richards                       Chapter 13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| **Creditor Name and Address** | **Amount of Dividend** |
|---|---|
| Cash Advance/Cash Net, Inc.<br>7501 Brook Road<br>Richmond, VA 23227 | $625.45 |

Date:  11-03-10                                         /s/Carl M. Bates
                                                                      Carl M. Bates
                                                                       Chapter 13 Trustee